IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROSCOE WILLIAMS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CORRECTIONS CORP. OF AMERICA and ) <br> COMPASS GROUP, ) <br> ) <br> Defendants. ) | No. 3:10-0587 <br> Judge Nixon <br> Magistrate Judge Brown |

## ORDER

Pending before the Court is Defendant Compass Group USA's Motion to Dismiss or in the Alternative for Summary Judgment ("Defendant's Motion") (Doc. No. 20) and a Supporting Memorandum (Doc. No. 21). This Motion and its Supporting Memorandum are hereby **REFERRED** to the Magistrate Joe Brown for a Report and Recommendation.

It is so ORDERED.

Entered this _____ day of February, 2011.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT